IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD L. ALLEY,

        Petitioner,              No. CIV S-05-1660 FCD DAD P

    vs.

TOM L. CAREY, et al.,

        Respondents.        ORDER TO SHOW CAUSE

_____/

        Petitioner, a state prisoner proceeding pro se, has submitted a document that appears to be a state petition for writ of habeas corpus filed, or intended for filing, in the California Supreme Court. Petitioner has not paid the required filing fee or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a).

        Petitioner's August 18, 2005 filing consists of a state form, inserted attachments, and hundreds of pages of exhibits. The petition is captioned for filing in the "Supreme Court for the State of California" and is dated June 18, 2005. Petitioner states that "this appeal is being made to the highest State Supreme Court." (Pet., form page five) He alleges that he is bypassing the superior court and appellate court, filing his petition "directly with the highest State Supreme Court," and requesting "that this matter is advanced on the docket sheet and expidited [sic] in order to litigate this matter in the Federal District Court." (Pet., inserted page 15.)

1

Dockets.Justia.com

1  IT IS HEREBY ORDERED that petitioner shall file, within fifteen days from the
2 date of this order, a declaration in which he shows good cause for filing a state habeas petition in
3 federal court. The declaration may not exceed two pages in length. Petitioner's failure to file a
4 satisfactory declaration will result in a recommendation that this action be dismissed without
5 prejudice as premature.
6 DATED: August 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
alle1660.osc