IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD L. ALLEY,

            Petitioner,            No. CIV S-05-1660 FCD DAD P

    vs.

TOM L. CAREY, et al.,

            Respondents.       <u>ORDER</u>

_____/

       In response to an order to show cause filed August 22, 2005, petitioner has

informed the court that his state habeas petition was mailed to the federal district court in error.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's August 29, 2005 request for voluntary dismissal is granted; and

       2. This action is dismissed without prejudice as having been commenced in error.

DATED: August 31, 2005.

_____

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

DAD:13
alle1660.159